**UNITED STATES of America, Plaintiff–Appellee**

v.

**Ray Gene BRASHER, Defendant– Appellant.**

No. 04–51121.

United States Court of Appeals, Fifth Circuit.

Decided April 13, 2005.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Raymond L. Kohler, Austin, TX, for Defendant–Appellant.

Before WIENER, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM: *

IT IS ORDERED that Appellee's unopposed motion to vacate the sentence is GRANTED.

IT IS FURTHER ORDERED that Appellee's unopposed motion to remand to district court for resentencing in light of the Supreme Court's recent opinion in *US v. Booker* and this Court's opinion in *US v. Mares* is GRANTED.

IT IS FURTHER ORDERED that Appellee's alternative request for an extension of time to file the Appellee's brief 14 days from the denial of Appellee's motion to vacate and remand is DENIED as moot.